No. 1269. SWANK, DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC AID v. RODRIGUEZ ET AL. Appeal from D. C. N. D. Ill. Motion for leave to amend jurisdictional statement, and motion of appellees for leave to proceed *in forma pauperis*, granted. Judgment affirmed. [For earlier order herein, see 401 U. S. 990.]

No. 6847. ROMERO ET AL. v. HODGSON, SECRETARY OF LABOR, ET AL. Appeal from D. C. N. D. Cal. Motion of appellants for leave to proceed *in forma pauperis* granted. Judgment affirmed. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 1534. AD HOC COMMITTEE ON CONSUMER PROTECTION v. UNITED STATES ET AL. Appeal from D. C. D. C. Motion to dispense with printing jurisdictional statement granted. Appeal dismissed for want of jurisdiction.

No. 1590. MUELLER BRASS Co. v. GROSS INCOME TAX DIVISION, DEPARTMENT OF REVENUE OF INDIANA. Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question.